The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Michael Jonthan Garland Saunders
   v. Commonwealth of Virginia
   Record No. 1630-12-2
   Opinion rendered by Judge Huff on
   February 4, 2014

2. William Lloyd Henry
   v. Commonwealth of Virginia
   Record No. 0631-13-2
   Opinion rendered by Judge Petty on
   February 18, 2014

3. George Wesley Huguely, V
   v. Commonwealth of Virginia
   Record No. 1697-12-2
   Opinion rendered by Judge Beales on
   March 4, 2014

4. Cindy Lynn Whitehurst
   v. Commonwealth of Virginia
   Record No. 0531-13-1
   Opinion rendered by Judge Frank on
   March 11, 2014

5. Alexander J. Dennos, Jr.
   v. Commonwealth of Virginia
   Record No. 0635-13-1
   Opinion rendered by Judge Kelsey on
   March 11, 2014

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Virginia Marine Resources Commission
    v. Chincoteague Inn and Raymond Britton
    Record No. 0086-12-1
    En Banc opinion rendered by Judge Huff
      on January 8, 2013
    Judgment of Court of Appeals reversed and matter remanded to this Court
      for further proceedings by opinion rendered on April 17, 2014 (130239)

2.  Darcella Reed
    v. Commonwealth of Virginia
    Record No. 1280-12-1
    Opinion rendered by Judge Beales
      on August 6, 2013
    Refused (131388)

3.  Boyd B. Hedleston
    v. Virginia Retirement System
    Record No. 0725-13-2
    Opinion rendered by Senior Judge Bumgardner
      on December 3, 2013
    Dismissed for lack of jurisdiction pursuant to Code § 17.1-410(A)(2), (B)(140002)